UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JEREMY URBASSIK, | ) Case No. 1:21-cv-01974 <br> ) <br> ) Judge J. Philip Calabrese <br> ) |
| Plaintiff, | ) |
| v. | ) |
| AMERICAN FAMILY MUTUAL INSURANCE CO., | ) |
| Defendant. | |

**JUDGMENT**

The Court filed its Opinion and Order in this matter. Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: February 23, 2023

J. Philip Calabrese United
States District Judge
Northern District of Ohio